**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | | |
|---|---|---|
| RIVERCLIFF COMPANY, INC. | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | NO: 4:10CV00330 SWW |
| | * | |
| RESIDENCES AT RIVERDALE GP, | * | |
| LLC; RESIDENCES AT RIVERDALE | * | |
| LP; DAVID F. STAPLETON; and | * | |
| NATIONS CONSTRUCTION | * | |
| MANAGEMENT, INC. | * | |
| | * | |
| Defendants | * | |

*and*

| | | |
|---|---|---|
| McFADDEN ONE LLC | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO:  4:11CV00748 SWW |
| RESIDENCES AT RIVERDALE GP, | * | |
| LLC; RESIDENCES AT RIVERDALE | * | |
| LP; DAVID F. STAPLETON; and | * | |
| NATIONS CONSTRUCTION | * | |
| MANAGEMENT, INC. | * | |
| | * | |
| Defendants | * | |
| | * | |
| | * | |
| | * | |

**<u>ORDER</u>**

By order entered February 8, 2012, the Court gave the parties ten days in which to file

objections to the Court's proposed action consolidating the above-captioned cases for the

purpose of trial. No party has filed objections, and the cases are hereby consolidated for the purpose of trial only. Although it will be necessary to set a common trial date and corresponding deadlines for filing pretrial disclosures, the parties will continue to proceed according to the separate scheduling orders entered in each case. The cases will not merge into a single action, and the parties should continue to make filings in the separate cases.

IT IS SO ORDERED THIS 24th DAY OF FEBRUARY, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE